# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00474-ADA |
| | § | |
| DELL TECHNOLOGIES INC., DELL INC., | § | |
| EMC CORPORATION | | |

## ORDER SETTING MOTION HEARING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING BY ZOOM** on **Monday, December 21, 2020 at 02:00 PM**. The link for the hearing will be sent by e-mail.

IT IS SO ORDERED this 14th day of December, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE