FILED
March 03, 2021
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____Akeita Michael_____
DEPUTY

**MINISTÈRE DE LA JUSTICE**
*Liberté*
*Égalité*
*Fraternité*

BUREAU DU DROIT DE L'UNION,
DU DROIT INTERNATIONAL PRIVE
ET DE L'ENTRAIDE CIVILE

Direction des affaires civiles
et du sceau

Paris, le 18 février 2021,

Reference:
**54OP2021**
✉ entraide-civile-internationale@justice.gouv.fr
Tél. : 00331 44 77 61 05

The United States District Court for the
Western District of Texas, Waco Division
800 Franklin Avenue Room 301
Waco Texas 76701
U.S.A

For the Honorable Judge, Alan D. Albright,

**CASE :** Acceptation of a taking of evidence request pursuant the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

**SUBJECT :** BRAZOS LICENSING AND DEVELOPMENT . c/ DELL TECHNOLOGIES INC, DELL INC, AND EMC CORPORATION

**Y/REF :** 6:20-cv-00474-ADA

Your Honor,

The French Ministry of Justice has the honor to acknowledge receipt, on February 17th, 2021, of the taking of evidence request in civil and commercial matters, issued by the United States District Court for The Western District of Texas Waco Division on November 9th, 2020, regarding the hearing of Karine Berthier and the production of documents requested in the letter rogatory

I inform you that this request has been authorized and forwarded this day for execution to the public prosecutor at the First Instance Court of Evry.

Yours sincerely,

Elodie MACIEJEWSKI

DACS
13, place Vendôme – 75042 Paris Cedex 01
Telephone : 01 44 77 61 05
www.justice.gouv.fr