

# EXHIBIT 9

# RS Switch Router
# User Guide

**Release 7.0**

36-007-03 Rev. 0A



Dell-WSOU-PA-016338

# COPYRIGHT NOTICES

© 2001 by Riverstone Networks, Inc. All rights reserved.

Riverstone Networks, Inc.
5200 Great America Parkway
Santa Clara, CA 95054

Printed in the United States of America

This product includes software developed by the University of California, Berkeley, and its contributors.

© 1979 – 1994 by The Regents of the University of California. All rights reserved.

Redistribution and use in source and binary forms, with or without modification, are permitted provided that the following conditions are met:

1. Redistributions of source code must retain the above copyright notice, this list of conditions, and the following disclaimer.

2. Redistributions in binary form must reproduce the above copyright notice, this list of conditions, and the following disclaimer in the documentation and/or other materials provided with the distribution.

3. All advertising materials mentioning features or use of this software must display the following acknowledgement:

   This product includes software developed by the University of California, Berkeley, and its contributors.

4. Neither the name of the University nor the names of its contributors may be used to endorse or promote products derived from this software without specific prior written permission.

THIS SOFTWARE IS PROVIDED BY THE REGENTS AND CONTRIBUTORS "AS IS" AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL THE REGENTS OR CONTRIBUTORS BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS SOFTWARE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE.

**Changes**

Riverstone Networks, Inc., and its licensors reserve the right to make changes in specifications and other information contained in this document without prior notice. The reader should in all cases consult Riverstone Networks, Inc., to determine whether any such changes have been made.

The hardware, firmware, or software described in this manual is subject to change without notice.

**Disclaimer**

IN NO EVENT SHALL RIVERSTONE NETWORKS BE LIABLE FOR ANY INCIDENTAL, INDIRECT, SPECIAL, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING BUT NOT LIMITED TO LOST PROFITS) ARISING OUT OF OR RELATED TO THIS MANUAL OR THE INFORMATION CONTAINED IN IT, EVEN IF RIVERSTONE NETWORKS HAS BEEN ADVISED, KNOWN, OR SHOULD HAVE KNOWN, OF THE POSSIBILITY OF SUCH DAMAGES.

**Trademarks**

Riverstone Networks, Riverstone, RS, and IA are trademarks of Riverstone Networks, Inc.

All other product names mentioned in this manual may be trademarks or registered trademarks of their respective companies.

Dell-WSOU-PA-016339

# TABLE OF CONTENTS

| 1 | Introduction | 1-1 |
|---|---|---|
| 1.1 | Related Documentation | 1-1 |
| 1.2 | Document Conventions | 1-2 |

| 2 | Maintaining Configuration Files | 2-1 |
|---|---|---|
| 2.1 | Configuration Files | 2-1 |
| 2.1.1 | Changing Configuration Information | 2-2 |
| 2.1.2 | Displaying Configuration Information | 2-2 |
| 2.1.3 | Activating the Configuration Commands in the Scratchpad | 2-3 |
| 2.1.4 | Saving the Active Configuration to the Startup Configuration File | 2-4 |
| 2.1.5 | Viewing the Current Configuration | 2-4 |
| 2.1.6 | Backing Up and Restoring Configuration Files | 2-5 |
| 2.2 | Backing Up and Restoring System Image Files | 2-6 |
| 2.3 | Configuring System Settings | 2-7 |
| 2.3.1 | Setting Daylight Saving Time | 2-8 |
| 2.3.2 | Configuring a Log-in Banner | 2-8 |

| 3 | Using the CLI | 3-1 |
|---|---|---|
| 3.1 | Command Modes | 3-1 |
| 3.1.1 | User Mode | 3-1 |
| 3.1.2 | Enable Mode | 3-1 |
| 3.1.3 | Configure Mode | 3-2 |
| 3.1.4 | Boot PROM Mode | 3-2 |
| 3.2 | Establishing Telnet Sessions | 3-2 |
| 3.3 | Setting CLI Parameters | 3-3 |
| 3.4 | Getting Help with CLI Commands | 3-4 |
| 3.5 | Line Editing Commands | 3-6 |
| 3.6 | Port Names | 3-8 |

| 4 | Hot Swapping Line Cards and Control Modules | 4-1 |
|---|---|---|
| 4.1 | Hot Swapping Overview | 4-1 |
| 4.2 | Hot Swapping Line Cards | 4-1 |
| 4.2.1 | Deactivating the Line Card | 4-2 |
| 4.2.2 | Removing the Line Card | 4-2 |
| 4.2.3 | Installing a New Line Card | 4-3 |
| 4.3 | Hot Swapping One Type of Line Card With Another | 4-3 |
| 4.4 | Hot Swapping a Secondary Control Module | 4-3 |
| 4.4.1 | Deactivating the Control Module | 4-4 |

Dell-WSOU-PA-016352

4.4.2      Removing the Control Module. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4-5
4.4.3      Installing a Control Module . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4-5

4.5        Hot Swapping a Switching Fabric Module (RS 8600 only) . . . . . . . . . . . . . . . . . . . . . . . . . . . .4-5
4.5.1      Removing the Switching Fabric Module . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4-6
4.5.2      Installing a Switching Fabric Module . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4-6

4.6        Hot Swapping A GBIC (RS 32000 and RS 38000 only) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4-7
4.6.1      Removing a GBIC from the Line Card . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4-7
4.6.2      Installing a GBIC into the Line Card . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4-8

4.7        Hot Swapping a WIC. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .4-8

5          Bridging Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-1

5.1        Spanning Tree (IEEE 802.1d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-1

5.2        Bridging Modes (Flow-Based and Address-Based) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-1

5.3        VLAN Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-2
5.3.1      RS VLAN Support . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-3
5.3.2      Configuration Examples. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-4

5.4        Access Ports and Trunk Ports (802.1P and 802.1Q support) . . . . . . . . . . . . . . . . . . . . . . . . .5-5

5.5        Configuring RS Bridging Functions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-6
5.5.1      Configuring Address-based or Flow-based Bridging. . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-6

5.6        Configuring Spanning Tree . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-7
5.6.1      Using Rapid STP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-7
5.6.2      Adjusting Spanning-Tree Parameters. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-8
5.6.3      STP Dampening . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-11

5.7        Configuring a Port- or Protocol-Based VLAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-11
5.7.1      Creating a Port or Protocol Based VLAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-12
5.7.2      Adding Ports to a VLAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-12
5.7.3      Configuring VLAN Trunk Ports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-12

5.8        Configuring VLANs for Bridging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-12

5.9        Configuring Layer-2 Filters. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-13

5.10       Monitoring Bridging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-13

5.11       GARP/GVRP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-14
5.11.1     Running GARP/GVRP with STP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-14
5.11.2     Configuring GARP/GVRP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-15
5.11.3     Configuration Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-16

5.12       Tunneling VLAN packets across MANs. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-18
5.12.1     Stackable VLAN Components . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-18
5.12.2     Configuration Examples. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-19
5.12.3     Displaying Stackable VLAN Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .5-34

6          SmartTRUNK Configuration Guide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6-1

6.1        Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6-1

6.2        Configuring SmartTRUNKS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6-1
6.2.1      Creating a SmartTRUNK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6-2
6.2.2      Add Physical Ports to the SmartTRUNK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6-2

6.3        Monitoring SmartTRUNKS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .6-3

Dell-WSOU-PA-016353

6.4       SmartTRUNK Example Configuration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-4
6.5       Configuring the Link Aggregation COntrol Protocol (LACP) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-5
6.5.1         Configuring SmartTRUNKs for LACP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-5
6.5.2         LACP Configuration Example. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-6

7         CMTS Configuration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1
7.1       HFC Cable Network Architecture. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-1
7.2       CMTS line card Description . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-2
7.3       Provisioning the Headend . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3
7.4       Headend Certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3
7.5       IF-RF-Upconverter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3
7.6       Diplex Filters. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-4
7.7       DHCP, DNS, and TFTP Servers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-5
7.8       Connecting and Configuring the Downstream . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-6
7.8.1         Installing and Configuring the Upconverter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-6
7.8.2         Setting the Upconverter Input Level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-6
7.8.3         Setting the Upconverter Output Level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-6
7.8.4         Setting the Upconverter Output Frequency . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-7
7.8.5         Completing the Downstream Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-7
7.8.6         Testing the Downstream Configuration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-7
7.9       Connecting the Upstream to the Laser Receiver . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-8
7.10      Configuring the RS 8000/8600 CMTS line card. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-8
7.10.1        Configuring the CMTS line card in a Bridged Network . . . . . . . . . . . . . . . . . . . . . 7-8
7.10.2        Configuring the CMTS line card in a Routed Network . . . . . . . . . . . . . . . . . . . . . . 7-9
7.11      Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-10
7.11.1        Example 1: Multiple ISPs share a single DHCP server. . . . . . . . . . . . . . . . . . . . . 7-11
7.11.2        Example 2: Multiple ISPs with multiple DHCP servers . . . . . . . . . . . . . . . . . . . . 7-14
7.11.3        Example 3: Overlapping VLANS with multiple DHCP servers . . . . . . . . . . . . . . . . 7-18

8         ATM Configuration Guide. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
8.1       Virtual Channels . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2
8.1.1         Creating a Virtual Channel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-2
8.1.2         Setting the Operation Mode for a Virtual Channel . . . . . . . . . . . . . . . . . . . . . . . . . 8-2
8.1.3         Clearing Statistics on a Virtual Channel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-3
8.2       Virtual Channel Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4
8.2.1         Creating a Virtual Channel Group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4
8.2.2         Adding a VC to a Virtual Channel Group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4
8.2.3         Setting the Operation Mode for a Virtual Channel Group. . . . . . . . . . . . . . . . . . . . 8-5
8.3       Service Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-6
8.3.1         Creating a Service Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-6
8.3.2         Applying a Service Profile to a Virtual Channel . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-8
8.3.3         Applying a Service Profile to a Virtual Channel Group . . . . . . . . . . . . . . . . . . . . . . 8-9
8.4       Cell Scrambling. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-10
8.4.1         Enabling Cell Scrambling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-10
8.5       Cell Mapping. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-10
8.5.1         Selecting the Cell Mapping Format . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-11

Dell-WSOU-PA-016354

8.6       VPI Bit Allocation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-11
8.6.1         Setting the Bit Allocation for VPI . . . . . . . . . . . . . . . . . . . . . . . . . 8-12

8.7       Peer Address Mapping. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-12
8.7.1         Mapping a Peer Address to a Virtual Channel . . . . . . . . . . . . . . . . . . . 8-13

8.8       Configuring SONET Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-13

8.9       Automatic Protection Switching (APS) . . . . . . . . . . . . . . . . . . . . . . . . . 8-14
8.9.1         Configuring APS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-14

8.10      Displaying ATM Port Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-15

8.11      ATM sample configurations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-20
8.11.1        ATM Sample Configuration 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-21
8.11.2        ATM Sample Configuration 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-24
8.11.3        ATM Sample Configuration 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-30
8.11.4        ATM Sample Configuration 4 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-33
8.11.5        ATM Sample Configuration 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-38
8.11.6        ATM Sample Configuration 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-41
8.11.7        Apply the Service Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-41
8.11.8        Configure the AAA Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-42

9         Packet-over-SONET Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . 9-1

9.1       Configuring IP Interfaces for PoS Links . . . . . . . . . . . . . . . . . . . . . . . . . 9-1

9.2       Configuring Packet-over-SONET Links . . . . . . . . . . . . . . . . . . . . . . . . . 9-2

9.3       Configuring Automatic Protection Switching . . . . . . . . . . . . . . . . . . . . . 9-3
9.3.1         Configuring Working and Protecting Ports . . . . . . . . . . . . . . . . . . . . 9-3

9.4       Specifying Bit Error Rate Thresholds . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-5

9.5       Monitoring PoS Ports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-6

9.6       Example Configurations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-6
9.6.1         APS PoS Links Between RS's . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-7
9.6.2         PoS Link Between the RS and a Cisco Router. . . . . . . . . . . . . . . . . . . 9-7
9.6.3         PoS Link Between the RS and a Juniper Router . . . . . . . . . . . . . . . . . 9-8
9.6.4         Bridging and Routing Traffic Over a PoS Link . . . . . . . . . . . . . . . . . . 9-9
9.6.5         PoS Link Through a Layer 2 Cloud . . . . . . . . . . . . . . . . . . . . . . . . . 9-9

10        DHCP Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1

10.1      Configuring DHCP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1
10.1.1        Configuring an IP Address Pool . . . . . . . . . . . . . . . . . . . . . . . . . . 10-2
10.1.2        Configuring Client Parameters. . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-2
10.1.3        Configuring a Static IP Address . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-3
10.1.4        Grouping Scopes with a Common Interface . . . . . . . . . . . . . . . . . . . 10-3
10.1.5        Configuring DHCP Server Parameters. . . . . . . . . . . . . . . . . . . . . . . 10-3

10.2      Updating the Lease Database. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-3

10.3      Monitoring the DHCP Server . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-4

10.4      DHCP Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-4

10.5      Configuring Secondary Subnets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-5

10.6      Secondary Subnets and Directly-Connected Clients . . . . . . . . . . . . . . . . . 10-6

10.7      Interacting with Relay Agents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-7

Dell-WSOU-PA-016355

11          IP Routing Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1
11.1        IP Routing Protocols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1
11.1.1          Unicast Routing Protocols . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1
11.1.2          Multicast Routing Protocols. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1

11.2        Configuring IP Interfaces and Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-2
11.2.1          Configuring IP Interfaces to Ports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-2
11.2.2          Configuring IP Interfaces for a VLAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-3
11.2.3          Specifying Ethernet Encapsulation Method. . . . . . . . . . . . . . . . . . . . . . . . . 11-3
11.2.4          Unnumbered Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-3

11.3        Configuring Jumbo Frames. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-3

11.4        Configuring Address Resolution Protocol (ARP). . . . . . . . . . . . . . . . . . . . . . . . . . 11-4
11.4.1          Configuring ARP Cache Entries . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-4
11.4.2          Unresolved MAC Addresses for ARP Entries. . . . . . . . . . . . . . . . . . . . . . . 11-5
11.4.3          Configuring Proxy ARP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-5

11.5        Configuring Reverse Address Resolution Protocol (RARP) . . . . . . . . . . . . . . . . . . 11-6
11.5.1          Specifying IP Interfaces for RARP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-6
11.5.2          Defining MAC-to-IP Address Mappings. . . . . . . . . . . . . . . . . . . . . . . . . . . 11-6
11.5.3          Monitoring RARP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-7

11.6        Configuring DNS Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-7

11.7        Configuring IP Services (ICMP). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-7

11.8        Configuring IP Helper. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-7

11.9        Configuring Direct Broadcast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-8

11.10       Configuring Denial of Service (DOS). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-8

11.11       Monitoring IP Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-9

11.12       Configuring IP Forwarding . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-10

11.13       Hardware Routing Table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-11

11.14       Configuring ICMP Redirect . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-11

11.15       Forwarding Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-11
11.15.1         Configuring Destination-Based and Host-Flow-Based Forwarding . . . . . . . . . . . . . . . . . . . . . . 11-12
11.15.2         Configuring a Custom Forwarding Profile . . . . . . . . . . . . . . . . . . . . . . . . . 11-12
11.15.3         Monitoring Custom Forwarding Profiles . . . . . . . . . . . . . . . . . . . . . . . . . . 11-13
11.15.4         Using Custom Forwarding with Other RS Features . . . . . . . . . . . . . . . . . . 11-13

11.16       Configuring Router Discovery . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-14

11.17       Setting Memory Thresholds . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-16

11.18       Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-18
11.18.1         Assigning IP/IPX Interfaces. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-18

12          VRRP Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1
12.1        Configuring VRRP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1
12.1.1          Basic VRRP Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-2
12.1.2          Symmetrical Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-3
12.1.3          Multi-Backup Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-5

12.2        Additional Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-9
12.2.1          Setting the Backup Priority . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-9
12.2.2          Setting the Warmup Period . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-9

Dell-WSOU-PA-016356

12.2.3      Setting the Advertisement Interval . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-9
12.2.4      Setting Pre-empt Mode . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-10
12.2.5      Setting an Authentication Key . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-10
12.3        Monitoring VRRP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-10
12.3.1      ip-redundancy trace . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-11
12.3.2      ip-redundancy show . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-11
12.4        VRRP Configuration Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-13

13          RIP Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-1
13.1        Configuring RIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-1
13.1.1      Enabling and Disabling RIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-1
13.1.2      Configuring RIP Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-1
13.2        Configuring RIP Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-2
13.2.1      Configuring RIP Route Default-Metric . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-4
13.3        Monitoring RIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-4
13.4        Configuration Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-5

14          OSPF Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-1
14.1        OSPF Multipath . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-2
14.2        Configuring OSPF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-2
14.3        Setting the Router ID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-2
14.4        Enabling OSPF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-3
14.5        Configuring OSPF Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-3
14.5.1      Configuring Summary Ranges . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-4
14.5.2      Configuring Stub Areas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-4
14.5.3      Configuring Not-So-Stubby Areas (NSSA) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-5
14.6        Configuring OSPF Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-6
14.6.1      Configuring Interfaces for NBMA Networks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-6
14.6.2      Configuring Interfaces for Point-to-Multipoint Networks . . . . . . . . . . . . . . . . . . . . . . 14-7
14.6.3      Configuring Interfaces for Point-to-Point Networks . . . . . . . . . . . . . . . . . . . . . . . . . . 14-7
14.7        Configuring OSPF Interface Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-7
14.7.1      Setting the Interface State . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-8
14.7.2      Setting the Default Cost of an OSPF Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-8
14.8        Creating Virtual Links . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-8
14.9        Configuring OSPF Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-9
14.9.1      Configuring OSPF Global Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-10
14.10       Monitoring OSPF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-12
14.11       OSPF Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-14
14.11.1     Exporting All Interface & Static Routes to OSPF . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-15
14.11.2     Exporting All RIP, Interface & Static Routes to OSPF . . . . . . . . . . . . . . . . . . . . . . . . 14-15

15          IS-IS Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-1
15.1        Defining an IS-IS Area . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-1
15.2        Configuring IS-IS Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-1

Dell-WSOU-PA-016357

15.3       Enabling IS-IS on the RS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-2

15.4       Setting IS-IS Global Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-2
15.4.1        Setting the IS Operating Level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-2
15.4.2        Setting the PSN Interval . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-2
15.4.3        Setting the System ID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-3
15.4.4        Setting the SPF Interval . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-3
15.4.5        Setting the Overload Bit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-3
15.4.6        Setting IS-IS Authentication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-4

15.5       Setting IS-IS Interface Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-5
15.5.1        Setting the Interface Operating Level . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-5
15.5.2        Setting Interface Parameters for a Designated Intermediate System (DIS) . . . . . . . . . . . . . . 15-6
15.5.3        Setting IS-IS Interface Timers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-6

15.6       Displaying IS-IS Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-6
15.6.1        IS-IS Sample Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-7


16         BGP Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-1

16.1       The RS BGP Implementation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-1

16.2       Basic BGP Tasks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-2
16.2.1        Setting the Autonomous System Number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-2
16.2.2        Setting the Router ID . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-2
16.2.3        Configuring a BGP Peer Group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-3
16.2.4        Adding and Removing a BGP Peer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-4
16.2.5        Starting BGP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-4
16.2.6        Using AS-Path Regular Expressions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-4
16.2.7        Using the AS Path Prepend Feature . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-6
16.2.8        Creating BGP Confederations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-7
16.2.9        Creating Community Lists . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-8
16.2.10       Using Route Maps . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-8
16.2.11       Using BGP Accounting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-11

16.3       BGP Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-13
16.3.1        BGP Peering Session Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-14
16.3.2        IBGP Configuration Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-16
16.3.3        EBGP Multihop Configuration Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-18
16.3.4        Community Attribute Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-22
16.3.5        Local Preference Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-28
16.3.6        Multi-Exit Discriminator Attribute Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-31
16.3.7        EBGP Aggregation Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-32
16.3.8        Route Reflection Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-33
16.3.9        BGP Confederation Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-36
16.3.10       Route Map Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-41
16.3.11       BGP Accounting Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-42


17         MPLS Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-1

17.1       Configuring a Static Label Switched Path . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-1

17.2       Static LSP Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17-2


18         Routing Policy Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-1

18.1       Preference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-1

Dell-WSOU-PA-016358

18.1.1        Import Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-2
18.1.2        Export Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-3
18.1.3        Specifying a Route Filter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-4
18.1.4        Aggregates and Generates . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-5
18.1.5        Authentication . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-6

18.2        Configuring Simple Routing Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-7
18.2.1        Redistributing Static Routes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-8
18.2.2        Redistributing Directly Attached Networks . . . . . . . . . . . . . . . . . . . . . . 18-8
18.2.3        Redistributing RIP into RIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-8
18.2.4        Redistributing RIP into OSPF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-9
18.2.5        Redistributing OSPF to RIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-9
18.2.6        Redistributing Aggregate Routes . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-9
18.2.7        Simple Route Redistribution Example: Redistribution into RIP . . . . . . . 18-10
18.2.8        Simple Route Redistribution Example: Redistribution into OSPF . . . . . . 18-11

18.3        Configuring Advanced Routing Policies . . . . . . . . . . . . . . . . . . . . . . . . . 18-13
18.3.1        Export Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-13
18.3.2        Creating an Export Destination . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-15
18.3.3        Creating an Export Source . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-15
18.3.4        Import Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-15
18.3.5        Creating an Import Source . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-16
18.3.6        Creating a Route Filter . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-16
18.3.7        Creating an Aggregate Route . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-16
18.3.8        Creating an Aggregate Destination . . . . . . . . . . . . . . . . . . . . . . . . . . 18-17
18.3.9        Creating an Aggregate Source . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18-17
18.3.10       Import Policies Example: Importing from RIP . . . . . . . . . . . . . . . . . . . 18-18
18.3.11       Import Policies Example: Importing from OSPF . . . . . . . . . . . . . . . . . . 18-21
18.3.12       Export Policies Example: Exporting to RIP . . . . . . . . . . . . . . . . . . . . . 18-24
18.3.13       Export Policies Example: Exporting to OSPF . . . . . . . . . . . . . . . . . . . 18-29

19        Multicast Routing Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-1

19.1        IGMP Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-1

19.2        DVMRP Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-1

19.3        Configuring IGMP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-2
19.3.1        Configuring IGMP on an IP Interface . . . . . . . . . . . . . . . . . . . . . . . . . 19-2
19.3.2        Configuring IGMP Query Interval . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-3
19.3.3        Configuring IGMP Response Wait Time . . . . . . . . . . . . . . . . . . . . . . . 19-3
19.3.4        Configuring Per-Interface Control of IGMP Membership . . . . . . . . . . . . 19-3
19.3.5        Configuring Static IGMP Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-3

19.4        Configuring DVMRP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-4
19.4.1        Starting and Stopping DVMRP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-4
19.4.2        Configuring DVMRP on an Interface . . . . . . . . . . . . . . . . . . . . . . . . . 19-4
19.4.3        Configuring DVMRP Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-4
19.4.4        Configuring the DVMRP Routing Metric . . . . . . . . . . . . . . . . . . . . . . . 19-5
19.4.5        Configuring DVMRP TTL & Scope . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-5
19.4.6        Configuring a DVMRP Tunnel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-6

19.5        Monitoring IGMP & DVMRP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-6

19.6        Configuration Example . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19-7

20        IP Policy-Based Forwarding Configuration . . . . . . . . . . . . . . . . . . . . . . 20-1

Dell-WSOU-PA-016359

20.1      Configuring IP Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-1
20.1.1        Defining an ACL Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-2
20.1.2        Associating the Profile with an IP Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-2
20.1.3        Applying an IP Policy to an Interface . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-5

20.2      IP Policy Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-5
20.2.1        Routing Traffic to Different ISPs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-6
20.2.2        Prioritizing Service to Customers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-7
20.2.3        Authenticating Users through a Firewall . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-8
20.2.4        Firewall Load Balancing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-9

20.3      Monitoring IP Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20-11


21        Network Address Translation Configuration . . . . . . . . . . . . . . . . . . . . . . . 21-1

21.1      Configuring NAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-1
21.1.1        Setting Inside and Outside Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-2
21.1.2        Setting NAT Rules . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-2

21.2      Forcing Flows through NAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-2

21.3      Managing Dynamic Bindings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-3

21.4      NAT and DNS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-3

21.5      NAT and ICMP Packets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-4

21.6      NAT and FTP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-4

21.7      Monitoring NAT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-5

21.8      Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-5
21.8.1        Static Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-5
21.8.2        Dynamic Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-7
21.8.3        Dynamic NAT with IP Overload (PAT) Configuration . . . . . . . . . . . . . . . . . . . 21-8
21.8.4        Dynamic NAT with DNS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21-9
21.8.5        Dynamic NAT with Outside Interface Redundancy . . . . . . . . . . . . . . . . . . . 21-11


22        Web Hosting Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-1

22.1      Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-1

22.2      Load Balancing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-2
22.2.1        Creating the Server Group . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-2
22.2.2        Adding Servers to a Load Balanced Group . . . . . . . . . . . . . . . . . . . . . . . . . 22-5
22.2.3        Optional Group or Server Operating Parameters . . . . . . . . . . . . . . . . . . . . . 22-6
22.2.4        Displaying Load Balancing Information . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-12
22.2.5        Load Balancing Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . 22-19

22.3      Web Caching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-25
22.3.1        Configuring Web Caching . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-25
22.3.2        Additional Web Caching Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-28
22.3.3        Displaying Web-Caching Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-31
22.3.4        Web Caching Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . 22-34


23        IPX Routing Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-1

23.1      RIP (Routing Information Protocol) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-1

23.2      SAP (Service Advertising Protocol) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-2

Dell-WSOU-PA-016360

23.3    Configuring IPX RIP & SAP. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-2
23.3.1    IPX RIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-2
23.3.2    IPX SAP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-2
23.3.3    Creating IPX Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-2
23.3.4    IPX Addresses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-3

23.4    Configuring IPX Interfaces and Parameters . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-3
23.4.1    Configuring IPX Addresses to Ports . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-3
23.4.2    Configuring Secondary Addresses on an IPX Interface. . . . . . . . . . . . . . 23-3
23.4.3    Configuring IPX Interfaces for a VLAN . . . . . . . . . . . . . . . . . . . . . . . . . . 23-4
23.4.4    Specifying IPX Encapsulation Method . . . . . . . . . . . . . . . . . . . . . . . . . . 23-4

23.5    Configuring IPX Routing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-5
23.5.1    Enabling IPX RIP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-5
23.5.2    Enabling SAP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-5
23.5.3    Configuring Static Routes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-5
23.5.4    Configuring Static SAP Table Entries . . . . . . . . . . . . . . . . . . . . . . . . . . 23-5
23.5.5    Controlling Access to IPX Networks. . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-6

23.6    Monitoring an IPX Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-8

23.7    Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-8

24    Access Control List Configuration. . . . . . . . . . . . . . . . . . . . . . . . . 24-1

24.1    ACL Basics . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-1
24.1.1    Defining Selection Criteria in ACL Rules . . . . . . . . . . . . . . . . . . . . . . . . 24-1
24.1.2    How ACL Rules are Evaluated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-3
24.1.3    Implicit Deny Rule . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-4
24.1.4    Allowing External Responses to Established TCP Connections . . . . . . . . 24-5

24.2    Creating and Modifying ACLs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-6
24.2.1    Editing ACLs Offline . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-6
24.2.2    Maintaining ACLs Using the ACL Editor . . . . . . . . . . . . . . . . . . . . . . . . 24-7

24.3    Using ACLs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-8
24.3.1    Applying ACLs to Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-8
24.3.2    Applying ACLs to Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-9
24.3.3    Applying ACLs to Layer-4 Bridging Ports . . . . . . . . . . . . . . . . . . . . . . . 24-9
24.3.4    Using ACLs as Profiles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-10

24.4    Enabling ACL Logging . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-14

24.5    Monitoring ACLs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24-15

25    Security Configuration. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-1

25.1    Configuring RS Access Security . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-1
25.1.1    Configuring RADIUS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-1
25.1.2    Configuring TACACS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-3
25.1.3    Configuring TACACS+ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-3
25.1.4    Configuring Passwords. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-5
25.1.5    Configuring SSH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-5

25.2    Layer-2 Security Filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-6
25.2.1    Configuring Layer-2 Address Filters . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-7
25.2.2    Configuring Layer-2 Port-to-Address Lock Filters . . . . . . . . . . . . . . . . . 25-7
25.2.3    Configuring Layer-2 Static Entry Filters . . . . . . . . . . . . . . . . . . . . . . . . 25-8
25.2.4    Configuring Layer-2 Secure Port Filters . . . . . . . . . . . . . . . . . . . . . . . . 25-8

Dell-WSOU-PA-016361

25.2.5        Monitoring Layer-2 Security Filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-9
25.2.6        Layer-2 Filter Examples. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-9
25.3      Layer-3 Access Control Lists (ACLs). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-12
25.4      Layer-4 Bridging and Filtering . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-12
25.4.1        Creating an IP or IPX VLAN for Layer-4 Bridging . . . . . . . . . . . . . . . . . . 25-13
25.4.2        Placing the Ports on the Same VLAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-14
25.4.3        Enabling Layer-4 Bridging on the VLAN . . . . . . . . . . . . . . . . . . . . . . . . . . 25-14
25.4.4        Creating ACLs to Specify Selection Criteria for Layer-4 Bridging . . . . . . 25-14
25.4.5        Applying a Layer-4 Bridging ACL to a Port . . . . . . . . . . . . . . . . . . . . . . . . . 25-15
25.4.6        Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-15

26        QoS Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-1
26.1      Layer-2, Layer-3 and Layer-4 Flow Specification . . . . . . . . . . . . . . . . . . . . . . . . . 26-2
26.2      Precedence for Layer-3 Flows. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-2
26.3      RS Queuing Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-3
26.4      Traffic Prioritization for Layer-2 Flows . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-3
26.4.1        Configuring Layer-2 QoS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-4
26.4.2        802.1p Class of Service Priority Mapping. . . . . . . . . . . . . . . . . . . . . . . . . . . 26-4
26.5      Traffic Prioritization for Layer-3 & Layer-4 Flows . . . . . . . . . . . . . . . . . . . . . . . . 26-6
26.5.1        Configuring IP QoS Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-6
26.5.2        Configuring IPX QoS Policies. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-7
26.6      Configuring RS Queuing Policy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-7
26.6.1        Allocating Bandwidth for a Weighted-Fair Queuing Policy . . . . . . . . . . . . 26-8
26.7      Weighted Random Early Detection (WRED). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-8
26.7.1        WRED's Effect on the Network . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-8
26.7.2        Weighting Algorithms in WRED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-9
26.8      ToS Rewrite. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-10
26.8.1        Configuring ToS Rewrite for IP Packets . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-11
26.9      Monitoring QoS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-12
26.10     Limiting Traffic Rate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-13
26.10.1       Rate Limiting Modes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-14
26.10.2       Per-Flow Rate Limiting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-15
26.10.3       Software-Based Flow-Aggregate Rate Limiting . . . . . . . . . . . . . . . . . . . . . 26-15
26.10.4       Port Rate Limiting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-16
26.10.5       Aggregate Rate Limiting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-17
26.10.6       Example Configurations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-18
26.10.7       Displaying Rate Limit Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-19

27        Performance Monitoring. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27-1
27.1      Configuring the RS for Port Mirroring . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27-2
27.2      Monitoring Broadcast Traffic . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27-3

28        RMON Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-1
28.1      Configuring and Enabling RMON . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-1
28.1.1        Example of RMON Configuration Commands . . . . . . . . . . . . . . . . . . . . . . 28-2
28.1.2        RMON Groups. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28-2

Dell-WSOU-PA-016362

28.1.3      Control Tables . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28-4
28.2      Using RMON. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28-5
28.3      Configuring RMON Groups . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28-6
28.3.1      Configuration Examples. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28-8
28.4      Displaying RMON Information. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28-9
28.4.1      RMON CLI Filters . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28-10
28.5      Troubleshooting RMON . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28-12
28.6      Allocating Memory to RMON. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .28-13

29      LFAP Configuration Guide . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29-1
29.1      Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29-1
29.2      Requirements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29-1
29.3      Traffic Accounting Services . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29-1
29.4      Configuring the LFAP Agent on the RS . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29-2
29.5      Monitoring the LFAP Agent on the RS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .29-3

30      WAN Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-1
30.1      High-Speed Serial Interface (HSSI) and Standard Serial Interfaces . . . . . . . . . . . . . . .30-1
30.2      Configuring WAN Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-1
30.2.1      Primary and Secondary Addresses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-2
30.2.2      Static, Mapped, and Dynamic Peer IP/IPX Addresses. . . . . . . . . . . . . . . . . .30-2
30.2.3      Forcing Bridged Encapsulation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-3
30.2.4      Packet Compression . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-4
30.2.5      Packet Encryption. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-5
30.2.6      WAN Quality of Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-5
30.3      Frame Relay Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-7
30.3.1      Virtual Circuits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-7
30.3.2      Permanent Virtual Circuits (PVCs) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-7
30.4      Configuring Frame Relay Interfaces for the RS . . . . . . . . . . . . . . . . . . . . . . . .30-8
30.4.1      Defining the Type and Location of a Frame Relay and VC Interface . . . . . . . . .30-8
30.4.2      Setting up a Frame Relay Service Profile. . . . . . . . . . . . . . . . . . . . . . . . . . .30-8
30.4.3      Applying a Service Profile to an Active Frame Relay WAN Port . . . . . . . . . . .30-9
30.5      Monitoring Frame Relay WAN Ports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-9
30.6      Frame Relay Port Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-10
30.7      Point-to-Point Protocol (PPP) Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-10
30.7.1      Use of LCP Magic Numbers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-11
30.8      Configuring PPP Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-11
30.8.1      Defining the Type and Location of a PPP Interface. . . . . . . . . . . . . . . . . . .30-11
30.8.2      Setting up a PPP Service Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-12
30.8.3      Applying a Service Profile to an Active PPP Port . . . . . . . . . . . . . . . . . . . .30-12
30.8.4      Configuring Multilink PPP Bundles. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-13
30.9      Monitoring PPP WAN Ports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-13
30.10      PPP Port Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-14
30.11      Cisco HDLC WAN Port Configuration. . . . . . . . . . . . . . . . . . . . . . . . . . . . .30-15

Dell-WSOU-PA-016363

30.11.1    Setting up a Cisco HDLC Service Profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-15
30.11.2    Applying a Service Profile to an Active Cisco HDLC WAN Port . . . . . . . . . . . . . . . . . . . . 30-15
30.11.3    Monitoring Cisco HDLC Port Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-16

30.12    WAN Rate Shaping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-16
30.12.1    Using WAN Rate Shaping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-16
30.12.2    WAN Rate-Shaping Policies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-17
30.12.3    Applying WAN Rate Shaping . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-17
30.12.4    WAN Rate Shaping Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-18

30.13    WAN Configuration Examples . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-20
30.13.1    Simple Configuration File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-20
30.13.2    Multi-Router WAN Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-20

30.14    Channelized T1 and T3 Services Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-25
30.14.1    T1 WAN Line Card . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-25
30.14.2    Channelized T3 Line Card . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-26
30.14.3    Configuring T1 and T3 Interfaces . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-27
30.14.4    Bit Error Rate Testing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-29

30.15    Channelized T1 and T3 Example Configurations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-31
30.15.1    Bridged MSP MTU/MDU Aggregation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-31
30.15.2    Routed Inter-Office Connections . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-34
30.15.3    Routed Metropolitan Backbone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30-39

31    Service Configuration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-1

31.1    Service Facility Rate Limiting Types . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-2

31.2    Creating a Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-3
31.2.1    Aggregate Rate Limiting Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-3
31.2.2    Flow-Aggregate Rate Limiting Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-3
31.2.3    Per-Flow Rate Limiting Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-4
31.2.4    Burst-Safe Rate Limiting Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-5

31.3    Applying a Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-5
31.3.1    Applying Services With ACLs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-5
31.3.2    Applying Services Using the MF-Classifier Command . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-6

31.4    Showing a Service . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-7
31.4.1    Aggregate, Flow-Aggregate, Per-Flow, and Burst-Safe Show Commands. . . . . . . . . . . . . . 31-7
31.4.2    Show All Command . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-8

31.5    Service Configuration Examples. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-9
31.5.1    Applying a Service to Multiple Servers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31-9

Dell-WSOU-PA-016364

# 5.12   TUNNELING VLAN PACKETS ACROSS MANS

The "stackable" VLAN feature on the RS allows you to tunnel multiple VLANs through a metropolitan area network (MAN) over a single backbone VLAN. This feature provides the following benefits:

- Traffic for multiple VLANs, or traffic for multiple customers, can be aggregated to run through a MAN over a single backbone VLAN. The RS supports a maximum of 4094 customers or VLANs and up to 4094 backbone VLANs.

- Spanning tree and rapid spanning tree protocols can be run in customer-specific VLANs; no reconfiguration of customer-specific VLANs is needed.

- Per-VLAN spanning tree can be run in the backbone VLAN.

## 5.12.1   Stackable VLAN Components

The following figure illustrates the basic components of the stackable VLAN. Routers R1 and R2 switch traffic for customers C1 and C2 through the MAN. Ports et.2.1 on R1 and et.6.1 on R2 belong to customer C1's VLAN, "BLUE" while ports et.3.1 on R1 and et. 7.1 on R2 belong to customer C2's VLAN, "GREEN." Traffic entering any of these four ports are tagged with the appropriate customer VLAN ID (BLUE or GREEN) in an IEEE 802.1q header.



Figure 5-3   Stackable VLAN components

- The VLAN RED is the *backbone VLAN*, which allows traffic from various VLANs to be tunneled through the MAN.

- Ports et.4.1 on R1 and et.5.1 on R2 are *tunnel backbone ports*, which are trunk ports through which the VLAN traffic is tunneled. Tunnel backbone ports must be configured as trunk ports so that they maintain the encapsulated 802.1q header. You configure these ports as both trunk ports and tunnel backbone ports with the `stackable-vlan` option of the `vlan make trunk-port` CLI command.

- Ports et.2.1 and et.3.1 on R1 are *tunnel entry ports*, which are access ports on which the VLAN traffic to be tunneled enters R1. Ports et. 6.1 and et.7.1 on R2 are *tunnel exit ports*, which are access ports on which the tunneled traffic exits R2. You configure the mapping of the tunnel entry and tunnel exit ports to the backbone VLAN with the `vlan enable stackable-vlan` CLI command.

Dell-WSOU-PA-016417



**Note**     Tunnel entry and exit port are configured as access ports. These ports can receive 802.1q-tagged traffic.

In Figure 5-3, customer C1 tags outgoing traffic with the VLAN ID BLUE in the 802.1q headers. Customer C1's traffic enters the tunnel entry port et.2.1 on R1. On R1, the tunnel entry port et.2.1 is mapped to the backbone VLAN RED. The BLUE-tagged packet received on port et.2.1 is encapsulated with an 802.1q header with VLAN RED's tag before it is bridged out on the tunnel backbone port et.4.1. (The original 802.1q header with the VLAN BLUE ID is now part of the data portion of the packet.) On R2, the RED 802.1q header is stripped off before the packet is sent out on et.6.1. The packet is sent out the tunnel exit port as a tagged packet with the original BLUE 802.1q header.

If an untagged packet arrives on a tunnel entry port, normal layer 2 processing takes place. If the packet needs to be flooded, it will be flooded on all ports in the customer VLAN.

If a broadcast or multicast packet arrives on a tunnel entry port, the packet is flooded on all ports that belong to the backbone VLAN as well as any other ports that belong to that VLAN. If a unicast packet arrives on a tunnel entry port, the packet is sent out a particular backbone VLAN port.

The 802.1p priority of a packet is preserved throughout the MAN. The RS hardware uses the control priority in the L2 table entry. If there is no L2 table entry for the packet, the 802.1p priority contained in the 802.1q header is used.

Normally, access ports can belong to only one VLAN of a particular protocol type, such as IP. The RS allows tunnel entry and exit ports to be added to multiple VLANs. Note, however, that only ports that are configured with the `stackable-vlan` option of the `vlan make access-port` command can be added to more than one VLAN of the same protocol type.

GARP and/or GVRP can be enabled on tunnel backbone ports.



**Note**     You *cannot* enable L4 bridging on stackable VLANs. Also, do not use the `stp set vlan-disable` command on routers where you are configuring stackable VLANs.

## 5.12.2    Configuration Examples

This section contains configuration examples for the following scenarios:

* Multiple customers, with each customer having its own VLAN
* Multiple customers sharing a common VLAN
* Single VLAN with multiple tunnel entry ports
* STP or GVRP in customer VLANs tunneled over the backbone VLAN
* Multiple VLANs on a single tunnel entry/exit port

## Multiple Customer VLANs

In Figure 5-4, traffic for customer C1's VLAN (BLUE) and for customer C2's VLAN (GREEN) is tunneled through the backbone VLAN (RED).

Dell-WSOU-PA-016418



Figure 5-4   Multiple customers with different VLANs

The following is the configuration for R1:

```
! Create 1 backbone VLAN and 2 customer VLANs
vlan create RED port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.2.1 to BLUE
vlan add ports et.3.1 to GREEN
vlan add ports et.4.1 to RED
! Make et.4.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.4.1 stackable-vlan
! Map tunnel entry ports to backbone VLAN
vlan enable stackable-vlan on et.2.1 backbone-vlan RED
vlan enable stackable-vlan on et.3.1 backbone-vlan RED
```

Dell-WSOU-PA-016419

The following is the configuration for R2:

```
! Create 1 backbone VLAN and 2 customer VLANs
vlan create RED port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.6.1 to BLUE
vlan add ports et.7.1 to GREEN
vlan add ports et.5.1 to RED
! Make et.5.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.5.1 stackable-vlan
! Map tunnel exit ports to backbone VLAN
vlan enable stackable-vlan on et.6.1 backbone-vlan RED
vlan enable stackable-vlan on et.7.1 backbone-vlan RED
```

## Multiple Customers with Common VLANs

In Figure 5-5, customers C1 and C2 are connected to the MAN, with both customers using the same VLAN (BLUE). To ensure that traffic for C1 is not sent to C2 and vice versa, the backbone VLAN for each customer must be different. Therefore, traffic for customer C1 will be sent on the backbone VLAN RED, while traffic for customer C2 will be sent on the backbone VLAN GREEN. Note that the trunk port on each router is part of both backbone VLAN RED and backbone VLAN GREEN.



Figure 5-5   Multiple customers with common VLANs

Dell-WSOU-PA-016420

The following is the configuration for R1:

```
! Create 2 backbone VLANs and 1 customer VLAN
vlan create RED port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add ports to BLUE VLAN
vlan add ports et.2.1, et.3.1 to BLUE
! Make et.4.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.4.1 stackable-vlan
! Add et.4.1 to both RED and GREEN backbone VLANs
vlan add ports et.4.1 to RED
vlan add ports et.4.1 to GREEN
! Map tunnel entry ports to backbone VLAN
vlan enable stackable-vlan on et.2.1 backbone-vlan RED
vlan enable stackable-vlan on et.3.1 backbone-vlan GREEN
```

The following is the configuration for R2:

```
! Create 2 backbone VLANs and 1 customer VLAN
vlan create RED port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add ports to BLUE VLAN
vlan add ports et.6.1, et.7.1 to BLUE
! Make et.5.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.5.1 stackable-vlan
! Add et.5.1 to both RED and GREEN backbone VLANs
vlan add ports et.5.1 to RED
vlan add ports et.5.1 to GREEN
! Map tunnel exit ports to backbone VLAN
vlan enable stackable-vlan on et.6.1 backbone-vlan RED
vlan enable stackable-vlan on et.7.1 backbone-vlan GREEN
```

Tunnel entry or exit ports can be spread across routers. In Figure 5-6, customers C1 and C3 use the VLAN BLUE, while customers C2 and C4 use the VLAN GREEN. The backbone VLAN for each customer must be different to ensure that traffic for C1 is not sent to C3, traffic for C2 is not sent to C4, etc. Therefore, traffic for customer C1 and C2 will be sent on the backbone VLAN RED, while traffic for customer C3 and C4 will be sent on the backbone VLAN PURPLE.

Dell-WSOU-PA-016421



Figure 5-6   Multiple customers with common VLANs across multiple routers

The following is the configuration for R1:

```
! Create 1 backbone VLAN and 2 customer VLANs
vlan create RED port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.2.1 to BLUE
vlan add ports et.3.1 to GREEN
vlan add ports et.4.1 to RED
! Make et.4.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.4.1 stackable-vlan
! Map tunnel entry ports to backbone VLAN
vlan enable stackable-vlan on et.2.1 backbone-vlan RED
vlan enable stackable-vlan on et.3.1 backbone-vlan RED
```

Dell-WSOU-PA-016422

The following is the configuration for R2:

```
! Create 1 backbone VLAN and 2 customer VLANs
vlan create RED port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.6.1 to BLUE
vlan add ports et.5.1 to RED
vlan add ports et.7.1 to GREEN
! Make et.5.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.5.1 stackable-vlan
! Map tunnel exit ports to backbone VLAN
vlan enable stackable-vlan on et.6.1 backbone-vlan RED
vlan enable stackable-vlan on et.7.1 backbone-vlan RED
```

The following is the configuration for R3:

```
! Create 1 backbone VLAN and 2 customer VLANs
vlan create PURPLE port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.8.1 to BLUE
vlan add ports et.9.1 to GREEN
vlan add ports et.10.1 to PURPLE
! Make et.10.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.10.1 stackable-vlan
! Map tunnel entry ports to backbone VLAN
vlan enable stackable-vlan on et.8.1 backbone-vlan PURPLE
vlan enable stackable-vlan on et.9.1 backbone-vlan PURPLE
```

Dell-WSOU-PA-016423

The following is the configuration for R4:

```
! Create 1 backbone VLAN and 2 customer VLANs
vlan create PURPLE port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.11.1 to PURPLE
vlan add ports et.12.1 to BLUE
vlan add ports et.13.1 to GREEN
! Make et.11.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.11.1 stackable-vlan
! Map tunnel exit ports to backbone VLAN
vlan enable stackable-vlan on et.12.1 backbone-vlan PURPLE
vlan enable stackable-vlan on et.13.1 backbone-vlan PURPLE
```

## Single VLAN with Multiple Tunnel Entry Ports

In Figure 5-7, customer C1 has a VLAN BLUE with multiple tunnel entry ports (et.2.1 and et.3.1 on R1) and multiple tunnel exit ports (et.6.1 and et.7.1 on R2).



Figure 5-7   Customer VLAN with multiple tunnel entry/exit ports

Dell-WSOU-PA-016424

The following is the configuration for R1:

```
! Create backbone VLAN and customer VLAN
vlan create RED port-based
vlan create BLUE port-based
! Add ports to VLANs
vlan add ports et.2.1, et.3.1 to BLUE
vlan add ports et.4.1 to RED
! Make et.4.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.4.1 stackable-vlan
! Map tunnel entry ports to backbone VLAN
vlan enable stackable-vlan on et.2.1 backbone-vlan RED
vlan enable stackable-vlan on et.3.1 backbone-vlan RED
```

The following is the configuration for R2:

```
! Create backbone VLAN and customer VLAN
vlan create RED port-based
vlan create BLUE port-based
! Add ports to VLANs
vlan add ports et.6.1, et.7.1 to BLUE
vlan add ports et.5.1 to RED
! Make et.5.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.5.1 stackable-vlan
! Map tunnel exit ports to backbone VLAN
vlan enable stackable-vlan on et.6.1 backbone-vlan RED
vlan enable stackable-vlan on et.7.1 backbone-vlan RED
```

The following is an example where a customer VLAN has multiple tunnel entry or exit ports spread across routers. Figure 5-8 shows customers C1 and C2 sharing the VLAN BLUE. Traffic for customer C1 can arrive on tunnel entry ports on routers R1, R2, or R3. Broadcast or multicast traffic arriving on et.2.1 on R1 is tunneled on backbone VLAN RED and will be seen by C1 users on R2 and R3. C2 users on R4 will not see the C1 traffic since the tunnel backbone port on R4 belongs to the backbone VLAN PURPLE.

Dell-WSOU-PA-016425



Figure 5-8    Customer VLAN with multiple tunnel entry ports across multiple
routers

The following is the configuration for R1:

```
! Create 1 backbone VLAN and 1 customer VLAN
vlan create PURPLE port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.2.1 to BLUE
vlan add ports et.3.1 to PURPLE
! Make et.3.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.3.1 stackable-vlan
! Map tunnel entry port to backbone VLAN
vlan enable stackable-vlan on et.2.1 backbone-vlan PURPLE
```

Dell-WSOU-PA-016426

The following is the configuration for R2:

```
! Create 1 backbone VLAN and 1 customer VLAN
vlan create RED port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.4.1 to RED
vlan add ports et.5.1 to BLUE
! Make et.4.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.4.1 stackable-vlan
! Map tunnel exit ports to backbone VLAN
vlan enable stackable-vlan on et.5.1 backbone-vlan RED
```

The following is the configuration for R3:

```
! Create 1 backbone VLAN and 1 customer VLAN
vlan create RED port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.6.1 to BLUE
vlan add ports et.7.1 to RED
! Make et.7.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.7.1 stackable-vlan
! Map tunnel entry ports to backbone VLAN
vlan enable stackable-vlan on et.6.1 backbone-vlan RED
```

The following is the configuration for R4:

```
! Create 1 backbone VLAN and 1 customer VLAN
vlan create PURPLE port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.8.1 to PURPLE
vlan add ports et.9.1 to BLUE
! Make et.8.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.8.1 stackable-vlan
! Map tunnel exit ports to backbone VLAN
vlan enable stackable-vlan on et.9.1 backbone-vlan PURPLE
```

Dell-WSOU-PA-016427

 **Note**   If you do not want multicast or broadcast traffic from C1 on R1 to be seen by C1 on R3, then configure a different backbone VLAN on R3.

### STP/GVRP in Customer VLANs Tunneled over Backbone VLAN

STP, RSTP, or GARP/GVRP can be run in the customer VLANs which are tunneled over the backbone VLAN. The customer VLAN does not need to be reconfigured in order to be tunneled.

In Figure 5-9, traffic for customer C1's VLAN (BLUE) and for customer C2's VLAN (GREEN) is tunneled through the backbone VLAN (RED). STP is enabled in the customer VLAN BLUE on the customer routers C1R1 and C1R2 for customer C1.



Figure 5-9   STP enabled in customer VLANs

The following configuration statements on C1R1 enable STP on port et.1.1, the port that is connected to the tunnel entry port.

```
! Create customer VLAN
vlan create BLUE port-based
! Add port to VLAN
vlan add ports et.1.1 to BLUE
! Make port et.1.1 a trunk port
vlan make trunk-port et.1.1
! Enable STP on et.1.1
stp enable port et.1.1
! Optional STP configurations
stp set bridging hello-time 3
```

Dell-WSOU-PA-016428

The following configuration statements on C1R2 enable STP on port et.8.1, the port that is connected to the tunnel exit port.

```
! Create customer VLAN
vlan create BLUE port-based
! Add port to VLAN
vlan add ports et.8.1 to BLUE
! Make port et.8.1 a trunk port
vlan make trunk-port et.8.1
! Enable STP on et.8.1
stp enable port et.8.1
```

The configuration of the tunnel entry/exit ports and tunnel backbone ports on R1 and R2 are identical to those shown in the earlier example in Figure 5-4:

The following is the configuration for R1:

```
! Create 1 backbone VLAN and 2 customer VLANs
vlan create RED port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.2.1 to BLUE
vlan add ports et.3.1 to GREEN
vlan add ports et.4.1 to RED
! Make et.4.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.4.1 stackable-vlan
! Map tunnel entry ports to backbone VLAN
vlan enable stackable-vlan on et.2.1 backbone-vlan RED
vlan enable stackable-vlan on et.3.1 backbone-vlan RED
```

Dell-WSOU-PA-016429

The following is the configuration for R2:

```
! Create 1 backbone VLAN and 2 customer VLANs
vlan create RED port-based
vlan create GREEN port-based
vlan create BLUE port-based
! Add port to each VLAN
vlan add ports et.6.1 to BLUE
vlan add ports et.7.1 to GREEN
vlan add ports et.5.1 to RED
! Make et.5.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.5.1 stackable-vlan
! Map tunnel exit ports to backbone VLAN
vlan enable stackable-vlan on et.6.1 backbone-vlan RED
vlan enable stackable-vlan on et.7.1 backbone-vlan RED
```

## Multiple VLANs on a Single Tunnel Entry Port

Tunnel entry and exit ports are access ports. Normally, access ports can belong to only one VLAN of a particular protocol type. With stackable VLANs, traffic for multiple VLANs can enter a tunnel entry port to be tunneled over the backbone VLAN. In this case, the tunnel entry port must belong to all the VLANs that are to be tunneled. Use the `stackable-vlan` option of the `vlan make access-port` command to allow the tunnel entry port to be added to any number of VLANs.

In Figure 5-10, customers C1, C2, C3, C4, and C5 each have a VLAN that will use port et.2.1 on R1 as the tunnel entry port. On R2, port et.6.1 will be the tunnel exit port for traffic for all five VLANs.

Dell-WSOU-PA-016430



Figure 5-10 Multiple VLANs on single tunnel entry port

Dell-WSOU-PA-016431

The following is the configuration for R1:

```
! Create backbone VLAN
vlan create RED port-based
! Create customer VLANs
vlan create BLUE port-based
vlan create GREEN port-based
vlan create PINK port-based
vlan create PURPLE port-based
vlan create AQUA port-based
! Make et.2.1 an access port that can belong to > 1 VLAN
vlan make access-port et.2.1 stackable-vlan
! Add ports to VLANs
vlan add ports et.2.1 to BLUE
vlan add ports et.2.1 to GREEN
vlan add ports et.2.1 to PINK
vlan add ports et.2.1 to PURPLE
vlan add ports et.2.1 to AQUA
! Add port to backbone VLAN
vlan add ports et.4.1 to RED
! Make et.4.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.4.1 stackable-vlan
! Map tunnel entry ports to backbone VLAN
vlan enable stackable-vlan on et.2.1 backbone-vlan RED
```



**Note**   Note that in the above configuration, the commands that add port et.2.1 to more than one VLAN must be issued *before* the command to map the port to the backbone VLAN. That is, the `vlan add ports` commands must occur *before* the `vlan enable stackable-vlan` command. Once the `vlan enable stackable-vlan` command is issued, ports cannot be added to or removed from the customer VLANs.

Dell-WSOU-PA-016432

The following is the configuration for R2:

```
! Create backbone VLAN
vlan create RED port-based
! Create customer VLANs
vlan create BLUE port-based
vlan create GREEN port-based
vlan create PINK port-based
vlan create PURPLE port-based
vlan create AQUA port-based
! Make et.6.1 an access port that can belong to > 1 VLAN
vlan make access-port et.6.1 stackable-vlan
! Add ports to VLANs
vlan add ports et.6.1 to BLUE
vlan add ports et.6.1 to GREEN
vlan add ports et.6.1 to PINK
vlan add ports et.6.1 to PURPLE
vlan add ports et.6.1 to AQUA
! Add port to backbone VLAN
vlan add ports et.5.1 to RED
! Make et.5.1 both a trunk port and a tunnel backbone port
vlan make trunk-port et.5.1 stackable-vlan
! Map tunnel entry ports to backbone VLAN
vlan enable stackable-vlan on et.6.1 backbone-vlan RED
```

### 5.12.3    Displaying Stackable VLAN Information

Use the `vlan show stackable-vlan` command to display the configuration of stackable VLANs on the RS. For example:

```
rs# vlan show stackable-vlan
Stackable VLAN Information
==========================

(20, 222): ❶
    Applied On: et.6.1 ❷
    Flooded On: et.3.8,et.6.1 ❸

Stackable VLAN Trunk Ports: et.3.8 ❹

Stackable VLAN Access Ports: ❺
```

Dell-WSOU-PA-016433

The following explains the display:

1. The ID number of the VLAN, followed by the ID number of the backbone VLAN.

2. The tunnel entry/exit ports, configured with the `vlan enable stackable-vlan` command.

3. The ports on which multicast, broadcast, or unknown unicast packets are flooded.

4. The tunnel backbone ports, configured with the `stackable-vlan` option of the `vlan make trunk-port` command.

5. Tunnel entry ports that have also been configured (with the `stackable-vlan` option of the `vlan make access-port` command) as access ports that can belong to more than one VLAN of the same protocol type. This allows multiple VLANs to use the same tunnel entry port.

Dell-WSOU-PA-016434

Bridging Configuration Guide

Dell-WSOU-PA-016435