# EXHIBIT 30

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

HUAWEI TECHNOLOGIES CO., LTD.,
Petitioner,

v.

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT,
Patent Owner.

Case IPR2021-00229
U.S. Patent 8,429,480

**PATENT OWNER POWER OF ATTORNEY**

Pursuant to 37 CFR § 42.10(b), a Power of Attorney is submitted herewith. Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby appoints the following practitioners as its attorneys to transact all business in the United States Patent and Trademark Office associated with *Inter Partes Review* of U.S. Patent No. 8,429,480:

| Patent Owner's Lead and Back-up Counsel | |
|---|---|
| Lead | Ryan Loveless (Reg. No. 51,970)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>ryan@etheridgelaw.com<br>972-292-8303 |
| First Back-up | Jeffrey A. Stephens (Reg. No. 56,254)<br>Etheridge Law Group, PLLC<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>jstephens@etheridgelaw.com<br>469-547-7323 |
| Back-up | Brett Mangrum (Reg. No. 64,783)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brett@etheridgelaw.com<br>469-401-2659 |
| Back-up | James Etheridge (Reg. No. 37,614)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste.120-324<br>Southlake, TX 76092<br>jim@etheridgelaw.com<br>817-470-7249 |
| Back-up | Brian Koide (Reg. No. 41,123)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brian@etheridgelaw.com<br>703-565-2852 |
| Back-up | Jeffrey Huang (Reg. No. 68,639)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>jeff@etheridgelaw.com<br>972-292-8303 |

The individual signing below has the authority to execute this document on behalf of Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development.

Respectfully submitted,

_____
Stuart Shanus for WSOU
Investments, LLC d/b/a Brazos
Licensing and Development

## CERTIFICATE OF SERVICE

I certify that the foregoing Patent Owner Power of Attorney was served on Petitioner's counselors of record by electronic notification to:

IPR35548-0130IP1@fr.com
PTABInbound@fr.com
hawkins@fr.com

Date:  November 30, 2020

*/ Ryan Loveless /*
Ryan Loveless
ryan@etheridelaw.com
Reg. No. 51,970
**Counsel for Patent Owner**

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

UNIFIED PATENTS, LLC
Petitioner

v.

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT
Patent Owner

Case IPR2021-00378
U.S. Patent 8,179,960

## **PATENT OWNER POWER OF ATTORNEY**

Pursuant to 37 CFR § 42.10(b), a Power of Attorney is submitted herewith. Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby appoints the following practitioners as its attorneys to transact all business in the United States Patent and Trademark Office associated with *Inter Partes* Review of U.S. Patent No. 8,179,960:

| |
|---|
| Ryan Loveless (Reg. No. 51,970)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>ryan@etheridgelaw.com<br>972-292-8303 |
| Jeffrey A. Stephens (Reg. No. 56,254)<br>Etheridge Law Group, PLLC<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>jstephens@etheridgelaw.com<br>469-547-7323 |
| Brett Mangrum (Reg. No. 64,783)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brett@etheridgelaw.com<br>469-401-2659 |
| James Etheridge (Reg. No. 37,614)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste.120-324<br>Southlake, TX 76092<br>jim@etheridgelaw.com<br>817-470-7249 |
| Brian Koide (Reg. No. 41,123)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brian@etheridgelaw.com<br>703-565-2852 |

> Jeffrey Huang (Reg. No. 68,639)
> Etheridge Law Group
> 2600 E. Southlake Blvd., Ste. 120-324
> Southlake, TX 76092
> jeff@etheridgelaw.com
> 972-292-8303

The individual signing below has the authority to execute this document on behalf of Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development.

Respectfully submitted,

_____

Stuart Shanus for WSOU
Investments, LLC d/b/a Brazos
Licensing and Development

## CERTIFICATE OF SERVICE

I certify that the foregoing Patent Owner Power of Attorney was served on Petitioners' counsel of record by electronic notification by email to:

raghav.bajaj.ipr@haynesboone.com
roshan@unifiedpatents.com
jung@unifiedpatents.com
david.mccombs.ipr@haynesboone.com
jon.bowser.ipr@haynesboone.com
angela.oliver.ipr@haynesboone.com

Date:  December 31, 2020              */ Ryan Loveless/*
                                      Ryan Loveless
                                      ryan@etheridelaw.com
                                      Reg. No. 51,970
                                      **Counsel for Patent Owner**

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

JUNIPER NETWORKS INC.
Petitioner

v.

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT
Patent Owner

Case IPR2021-00538
U.S. Patent 7,596,140

**PATENT OWNER POWER OF ATTORNEY**

Pursuant to 37 CFR § 42.10(b), a Power of Attorney is submitted herewith. Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby appoints the following practitioners as its attorneys to transact all business in the United States Patent and Trademark Office associated with *Inter Partes* Review of U.S. Patent No. 7,596,140:

| |
|---|
| Ryan Loveless (Reg. No. 51,970)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>ryan@etheridgelaw.com<br>IPTeam@etheridgelaw.com<br>972-292-8303 |
| Jeffrey A. Stephens (Reg. No. 56,254)<br>Etheridge Law Group, PLLC<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>jstephens@etheridgelaw.com<br>469-547-7323 |
| Brett Mangrum (Reg. No. 64,783)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brett@etheridgelaw.com<br>469-401-2659 |
| James Etheridge (Reg. No. 37,614)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste.120-324<br>Southlake, TX 76092<br>jim@etheridgelaw.com<br>817-470-7249 |
| Brian Koide (Reg. No. 41,123)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brian@etheridgelaw.com<br>703-565-2852 |

> Jeffrey Huang (Reg. No. 68,639)
> Etheridge Law Group
> 2600 E. Southlake Blvd., Ste. 120-324
> Southlake, TX 76092
> jeff@etheridgelaw.com
> 972-292-8303

The individual signing below has the authority to execute this document on behalf of Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development.

Respectfully submitted,

*/s/ Stuart Shanus*

Stuart Shanus for WSOU
Investments, LLC d/b/a
Brazos Licensing and
Development

I certify that the foregoing was served on Petitioner's counselors of record by electronic notification to the email addresses identified in Petitioner's Mandatory Notices:

<u>Lead Counsel</u>
Todd M. Briggs (Reg. No. 44,040)
toddbriggs@quinnemanuel.com

<u>Back-Up Counsel</u>
Nima Hefazi (Reg. No. 63,658)
nimahefazi@quinnemanuel.com

Kevin Johnson (Reg. No. 38,927)
kevinjohnson@quinnemanuel.com

James M. Glass (Reg. No. 46,729)
jimglass@quinnemanuel.com

|  |  |
|---|---|
| Date:  February 18, 2021 | */ Ryan Loveless/*<br>Ryan Loveless<br>ryan@etheridgelaw.com<br>Reg. No. 51,970<br>**Counsel for Patent Owner** |

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD

ZTE Corporation, ZTE (USA), Inc., and ZTE (TX), Inc.,

Petitioners

v.

WSOU INVESTMENTS, LLC D/B/A BRAZOS
LICENSING AND DEVELOPMENT
Patent Owner

Case IPR2021-00694
U.S. Patent 7,489,929

### PATENT OWNER POWER OF ATTORNEY

Pursuant to 37 CFR § 42.10(b), a Power of Attorney is submitted herewith. Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby appoints the following practitioners as its attorneys to transact all business in the United States Patent and Trademark Office associated with *Inter Partes* Review of U.S. Patent No. 7,489,929:

| |
|---|
| Ryan Loveless (Reg. No. 51,970)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>ryan@etheridgelaw.com<br>972-292-8303 |
| Jeffrey A. Stephens (Reg. No. 56,254)<br>Etheridge Law Group, PLLC<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>jstephens@etheridgelaw.com<br>469-547-7323 |
| Brett Mangrum (Reg. No. 64,783)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brett@etheridgelaw.com<br>469-401-2659 |
| James Etheridge (Reg. No. 37,614)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste.120-324<br>Southlake, TX 76092<br>IPTeam@etheridgelaw.com<br>817-470-7249 |
| Brian Koide (Reg. No. 41,123)<br>Etheridge Law Group<br>2600 E. Southlake Blvd., Ste. 120-324<br>Southlake, TX 76092<br>brian@etheridgelaw.com<br>703-565-2852 |

> Jeffrey Huang (Reg. No. 68,639)
> Etheridge Law Group
> 2600 E. Southlake Blvd., Ste. 120-324
> Southlake, TX 76092
> jeff@etheridgelaw.com
> 972-292-8303

The individual signing below has the authority to execute this document on behalf of Patent Owner WSOU Investments, LLC d/b/a Brazos Licensing and Development.

                                      Respectfully submitted,

                                      *[signature]*
                                      _____

                                      Stuart Shanus for WSOU
                                      Investments, LLC d/b/a
                                      Brazos Licensing and
                                      Development

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on Petitioner's counselors of record by electronic notification to the email addresses identified in Petitioner's Mandatory Notices:

ZTE-WSOU-IPRs@finnegan.com;
lionel.lavenue@finnegan.com;
cory.bell@finnegan.com;
Bradford.schulz@finnegan.com;
mingji.jin@finnegan.com;
r.maxwell.mauldin@finnegan.com;

| | |
|---|---|
| Date:  March 25, 2021 | */ Ryan Loveless/* <br> Ryan Loveless <br> ryan@etheridgelaw.com <br> Reg. No. 51,970 <br> **Counsel for Patent Owner** |