# Appendix A

## Bar Admissions – Emily M. Whitcher

### State Bar Admissions

| State | Admission Date | Bar Number |
|---|---|---|
| New York (1st Department) | 3/7/2016 | 5415070 |
| California | 9/13/2018 | 321790 |

### Court Admissions

| Court | Admission Date | Registration Number |
|---|---|---|
| USPTO | 4/5/2016 | 74839 |
| Northern District of Texas (*pro hac vice*) | 6/7/2016 | N/A |
| Southern District of New York | 5/16/2017 | N/A |
| Eastern District of New York | 6/13/2017 | N/A |
| Central District of California | 9/25/2018 | N/A |
| Northern District of California | 09/26/2018 | N/A |
| Eastern District of Pennsylvania (*pro hac vice*) | 04/16/2021 | N/A |
| District of Delaware (*pro hac vice*) | 08/27/2021 | N/A |